JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Barbara Clark,<br><br>        Plaintiff,<br><br>    v.<br><br>Consumer Portfolio Services, Inc., et al.,<br><br>        Defendant(s). | SACV 12-01926 JVS (RNBx)<br><br>ORDER OF DISMISSAL UPON SETTLEMENT OF CASE |

The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown <u>within 75 days</u>, to reopen the action if settlement is not consummated.

DATED:   February 7, 2013

                                                                                        _____<br>
                                                                                         James V. Selna<br>
                                                                               United States District Judge